IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL HOLLINS                                                                        PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 3:16-cv-23-MPM-JMV

CITY OF SENATOBIA, ET AL.                                                          DEFENDANTS

## ORDER

Before the court is the Defendants' Renewed Motion to Stay Proceedings [35], filed on September 29, 2016. Plaintiff filed its Response in Opposition [38] and Defendants filed its reply [39]. The court finds good cause to grant the requested stay due to the pending criminal matter and orders that all proceedings in the above-captioned cause of action are temporarily **STAYED** until the earlier of the disposition of the criminal action of the State of Mississippi City of Senatobia vs. Michael Hollins or seventy-five (75) days from entry of this order. Upon the first occurrence of either, the parties shall contact the court within five (5) days to request a status conference.

**SO ORDERED**, this the 5th day of October, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**